No. 00–8077.  KEITH v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8079.  REYES-AGUILAR ET AL. v. UNITED STATES. C. A. 5th Cir.  Certiorari denied.

No. 00–8081.  MILLER v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8083.  PAZ-SEVILLA v. UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 00–8085.  BROWN v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 00–8086.  BRAUN v. POWELL, WARDEN.  C. A. 7th Cir. Certiorari denied.

No. 00–8088.  WILKERSON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–8089.  CLARKE v. UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 00–8093.  CALDERON-RAMIREZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8099.  OLVERA-CHAVARIN v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 00–8100.  MEDINA-GONZALEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 00–8102.  MATTESON v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 00–8105.  LAWAL v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 00–8122.  BLACK v. WISCONSIN.  Ct. App. Wis.  Certiorari denied.

No. 00–8123.  BURRESS v. UNITED STATES.  C. A. 4th Cir. Certiorari denied.

No. 00–8126.  BRATCHER v. BOGAN, WARDEN, ET AL.  C. A. 5th Cir.  Certiorari denied.